**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARILYN TORRES | : | BANKRUPTCY NO.: 16-17312 MDC |
| | : | |
| Debtor | : | |
| | : | |
| MARILYN TORRES | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adversary Proceeding: 17-00331 |
| | : | |
| PNC BANK NATIONAL ASSOCIATION | : | |
| Defendant. | | |

___

**CERTIFICATION OF NO RESPONSE**

I, STEPHEN M. DUNNE, ESQUIRE, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Motion for Default Judgment and Motion for Default Judgment that was filed with the Court.

DUNNE LAW OFFICES, P.C

BY: /s/ Stephen M. Dunne
Date: May 29, 2018
Stephen M. Dunne, Esquire
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109 (Telephone)
(215) 525-9721 (Fax)
stephen@dunnelawoffices.com

Attorney for Debtor