```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-00331-mdc
Torres
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Jun 01, 2018
                              Form ID: pdf900          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
```
ust            +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
                 228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla            +Marilyn Torres,   8841 Duveen Drive,   Glenside, PA 19038-7453
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 02 2018 03:03:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2018 03:02:13
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2018 03:02:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 02 2018 03:02:32     Frederic J. Baker,
                 Office of United States Trustee,   833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 02 2018 03:02:32     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 02 2018 03:02:32     United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 02 2018 03:02:32     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                               TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
```
              RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn  Torres ray@colemankempinski.com,
               ecfmail@mwc-law.com
              STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn  Torres bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
                                                                                               TOTAL: 2
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>MARILYN TORRES | : | CHAPTER 13<br>BANKRUPTCY NO.: 16-17312 MDC |
| Debtor | : | |
| MARILYN TORRES<br>Plaintiff, | : | |
| v. | : | Adversary Proceeding: 17-00331 |
| PNC BANK NATIONAL ASSOCIATION<br>Defendant. | : | |

## ORDER

AND NOW, this 31st day of May, 2018, upon consideration of the Plaintiff's Motion for Default Judgment, and any response thereto, it is hereby **ORDERED** and **DECREED** that:

1. The mortgage lien, held by Defendant PNC Bank National Association, on Plaintiff's residence be, and hereby is, ~~declared void~~ *avoided*.

2. ~~It is further **ORDERED** that Defendant shall take all steps necessary to reflect the effect of this Order in the public records where said lien is recorded.~~

**IT IS SO ORDERED.**

Date: 5/31/18

_Magdeline D. C___
HON. MAGDELINE D. COLEMAN
United States Bankruptcy Judge